# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 15-cv-80311 RYSKAMP

JUSTIN M. YOUNG, an individual,

    Plaintiff,

vs.

SEAS & ASSOCIATES, LLC,
an Arkansas limited liability company,

    Defendant.

## NOTICE OF SETTLEMENT

    Plaintiff, JUSTIN M. YOUNG, through the undersigned hereby notifies this Court that a settlement has been reached between the parties, pending final execution of the settlement documents and releases.

Dated: December 3, 2015

                              Respectfully submitted,

                              *s/ Patrick Crotty*
                              Patrick C. Crotty, Esq.
                              SCOTT D. OWENS, P.A.
                              3800 S. Ocean Dr., Ste. 235
                              Hollywood, FL 33019
                              Tel: (954) 589-0588
                              Fax: (954) 337-0666
                              Florida Bar No. 0108541
                              patrick@scottdowens.com
                              *Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 3 December 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day via U.S. Mail and/or some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

By: */s/ Patrick Crotty*
Patrick C. Crotty, Esq.